IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ohio Carpenters Health :
and Welfare Fund, et al.,
 :
    Plaintiffs,
 :
  v.                    Case No. 2:05-cv-0652
 :
Patom Building Maintenance,     JUDGE SMITH
 :
    Defendant.

## ORDER

Plaintiffs' motion for default judgment (#8) is GRANTED. The Clerk is directed to enter judgment for plaintiffs and against defendant Patom Building Maintenance in the amount of $37,977.99.  This case is TERMINATED.

                                  /s/ George C. Smith
                                  George C. Smith
                                  United States District Judge